IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 3-11-CV-1666-M |
| ALLA DUBINSKY | § § § | |
| Defendant. | § | |

## FINDINGS AND RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

In a pleading filed on January 27, 2012, Defendant Alla Dubinsky has withdrawn her objections to various writs of garnishment obtained by the government as part of its effort to collect an $8.7 million restitution judgment entered in Case No. 3:99-CR-019-L-05. In view of this filing, the exemptions claimed by defendant should be disallowed, and the writs of garnishment issued to Wells Fargo Advisors, LLC [Doc. #15], IPC The Hospitalist Co., Inc. [Doc. #11], JP Morgan Chase Bank, N.A. [Doc. #13], and Wells Fargo Bank, N.A. [Doc. #17] should be enforced in their entirety. The hearing scheduled for February 3, 2012 at 9:00 a.m. is canceled.

DATED: January 30, 2012.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE